1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | TIMOTHY J. HANNA, ) | No. C 11-1492 LHK (PR) |
| 11 | Plaintiff, ) | ORDER OF DISMISSAL |
| 12 | v. ) | |
| 13 | J. CHUDY, et al., ) | |
| 14 | Defendants. ) | |

This action was opened in error when the Court received a civil rights complaint form from Plaintiff that appears to have been intended to be filed in a previously filed action -- Case No. C 11-0862 LHK (PR). In Case No. C 11-0862 LHK (PR), Plaintiff had only filed a motion for enlargement of time to file a civil rights complaint, and other preliminary motions, but had neither filed a motion for leave to proceed in forma pauperis or a civil rights complaint. On February 24, 2011, he was informed by the Court that his action could not go forward until he filed with the Court a civil rights complaint form and either a completed application for leave to proceed in forma pauperis, or the $350.00 filing fee.

On March 28, 2011, Plaintiff completed and filed a civil rights complaint form, accompanied by the full $350.00 filing fee. However, he did not indicate that they were to be filed in Case No. C 11-0862 LHK (PR). Therefore, as mentioned above, it was opened as a new action.

Plaintiff currently has two separate civil rights actions pending, although it appears that

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.11\Hanna492diserror.wpd

1 he meant to file only one action. Accordingly, the Clerk is directed to remove Plaintiff's civil
2 rights complaint form and its accompanying $350.00 filing fee from this action, file them in his
3 previously filed action, Case No. C 11-0862 LHK (PR), and docket them as Plaintiff's
4 "Complaint" and filing fee. The Clerk is further directed to mark it as filed on the date it was
5 received by the Court. The Court will review Plaintiff's "Complaint" in a separate written order
6 in Case No. C 11-0862 LHK (PR).

       The present action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall close the file.

       IT IS SO ORDERED.

DATED: __4/24/11__

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.11\Hanna492diserror.wpd     2